**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Shirell Green Lenoir, Debtor                    Case No. 24-00707-JAW
                                                          **CHAPTER 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

      THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

      IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2016 Toyota Camry to the Creditor, Santander Consumer USA, Inc. Farm Bureau Insurance shall turn over all insurance proceeds covering the Vehicle to Trustee. Trustee shall disburse to Santander Consumer USA, Inc. the amount necessary to satisfy its lien and shall cease further payments to Creditor related to the Vehicle. Santander Consumer USA, Inc. shall transfer title of the Vehicle to Farm Bureau Insurance. If any funds remain after the Vehicle is paid off, they shall be turned over to Debtor to purchase a replacement vehicle. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to Santander Consumer USA, Inc. and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists.  Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR