IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    SHIRELL GREEN LENOIR,
          DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 24-00707-KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S RESPONSE TO**
**MOTION TO MODIFY PLAN**

     COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Debtor's Motion to Modify Plan (Docket No. 61), and says that the Confirmed Plan provides for the payment of the amount owed on Santander's claim, which is secured by a 2016 Toy Camry (not a 910 vehicle); a Claim in the amount of $3,255.90 was filed; the Trustee has NOT received the insurance proceeds ($11,215.95) on the subject vehicle from Farm Bureau Insurance Company; creditor should release the vehicle's title to said insurance company upon payment of the Secured Claim, as set out herein; there is currently a balance due on said Secured Claim in the amount of $1,511.90 (plus 17% interest) remaining to be paid by the Trustee; the insurance proceeds are sufficient to pay the balance of this Secured Claim in full; the Trustee seeks Court approval to pay the unpaid balance of this Secured Claim from the insurance proceeds, plus interest, all in accord with regular Plan receipts.

     Respectfully submitted,

     DAVID RAWLINGS, TRUSTEE

     BY: _/s/Samuel J. Duncan_
          Samuel J. Duncan,
          His Attorney

–2–

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins, Jr.

So certified on this the 8th day of September, 2025.

                                                          */s/Samuel J. Duncan*
                                                            Samuel J. Duncan