IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SHIRELL GREEN LENOIR,
            DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 24-00707-KMS

DAVID RAWLINGS, TRUSTEE

## SUPPLEMENT TO TRUSTEE'S RESPONSE TO MOTION TO MODIFY PLAN

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Supplement to his Response to the Debtor's Motion to Modify Plan  (Docket No. 61), and says that while the total of unsecured claims is approx. $172K, only $16K or so of unsecured claims is actually being paid (due to $156K student loan claim being paid per the contract); the Means Test requires at least $61,365 to be paid to the unsecured claims.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: /s/Samuel J. Duncan
       Samuel J. Duncan,
       His Attorney

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

–2–

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins, Jr.

So certified on this the 10th day of September, 2025.

                                            */s/Samuel J. Duncan*
                                              Samuel J. Duncan